IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TERRI L. ANDERSON, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 1:15-CV-02937-TCB |
| | ) | |
| v. | ) | |
| | ) | |
| FLUID MANAGEMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the Court for consideration of the Joint Motion for Stipulated Judgment Approving Settlement Agreement and Release. After reviewing the record, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release between the parties, the Court finds that the settlement is fair, adequate, and reasonable.

The Court finds that the Agreement was the result of arms-length negotiations and is not the result of any collusion.

Therefore, the Joint Motion for Stipulated Judgment Approving Settlement Agreement and Release is hereby GRANTED, the settlement of the parties is hereby APPROVED, and the settlement is hereby entered and accepted as the stipulated JUDGMENT in this action. Fees and costs shall

be awarded consistent with the terms of the Settlement Agreement and Release.

    IT IS SO ORDERED, this  7th   day of January, 2016.

                                      _____
                                      TIMOTHY C. BATTEN, SR.
                                      UNITED STATES DISTRICT COURT JUDGE